NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-FI ONE, LLC,**
*Appellant*

**v.**

**BROADCOM CORPORATION,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2015-1945

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00602.

---

Decided: April 20, 2018

---

DONALD PUCKETT, Nelson Bumgardner PC, Fort Worth, TX, for appellant. Also represented by DOUGLAS AARON CAWLEY, McKool Smith, PC, Dallas, TX; PETER J. AYERS, Law Office of Peter J. Ayers, Austin, TX.

DOMINIC E. MASSA, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, for appellee. Also represented by KEVIN GOLDMAN, KATIE SAXTON.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by KAKOLI CAPRIHAN, BENJAMIN T. HICKMAN, THOMAS W. KRAUSE, FRANCES LYNCH; JOYCE R. BRANDA, MARK R. FREEMAN, MELISSA N. PATTERSON, NICHOLAS RILEY, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC.

_____

Before DYK, BRYSON, and REYNA, *Circuit Judges.*

REYNA, *Circuit Judge*, dissents.

PER CURIAM.

The judgment of the Patent Trial and Appeal Board is

**AFFIRMED**

REYNA, *Circuit Judge*, dissents for the reasons stated in his dissenting opinion in *Wi-Fi One, LLC v. Broadcom Corp.*, No. 2015-1944 (Fed. Cir. April 20, 2018).